IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PEARL COLLAZO                      *

    Plaintiff                  *     CIVIL ACTION NO.

v.                                 *     JFM-02-CV-2559

ERNEST E. SCHULTZ                  *

    Defendant                  *

    * * * * * * * * * * * * * * * * *

## NOTICE OF DISMISSAL

    Pearl Collazo, Plaintiff, by A. Donald C. Discepolo , her attorney, hereby dismisses the above matter.

_____
A. DONALD C. DISCEPOLO 25525
40 W. Chesapeake Avenue, #211
Towson, MD  21204
410-296-0780

March 4, 2003


Civil Clerk
U.S. District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, MD  21201

     Re:  Collazo v. Schultz
     <u>Civil Action No.:  JFM-03-CV-494</u>

Dear Mr. Clerk:

Enclosed please find for filing in this matter Prayer for Jury Trial on behalf of the Plaintiff, Pearl Collazo.

Thank you for your assistance.


          Very truly yours,


          Michael B. Mann

MBM/jm
cc:  A. Donald C. Discepolo, Esquire
    Daniel P. Moylan, Esquire