UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 6, 2003

Memo To Counsel Re: Collazo v. Schultz
Civil No. JFM-02-2559

Dear Counsel:

This will confirm the amended schedule set during the conference held today.

| | |
|---|---|
| December 19, 2003 | Deadline for plaintiff's Rule 26(a)(2) disclosures |
| January 26, 2004 | Deadline for defendants' Rule 26(a)(2) disclosures |
| March 28, 2004 | Discovery deadline |
| Early April 2004 | Mediation conference |
| May 2, 2004 | Summary judgment motions deadline (subject to the provisions of Local Rule 105.2.c) |

This will also confirm that if a magistrate judge cannot conduct the mediation conference in early April 2004, I will entertain a motion to extend the summary judgment motions deadline so as to avoid your having to invest in summary judgment briefing prior to a mediation conference being held.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge